**Dismissed and Memorandum Opinion filed July 24, 2012.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-12-00498-CR**

---

**LEROY KENNETH AMOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1298648**

---

## MEMORANDUM OPINION

Appellant was convicted of possession of a controlled substance and sentenced to confinement for ten years in the Institutional Division of the Texas Department of

Criminal Justice on February 6, 2012. No motion for new trial was filed. Appellant's notice of appeal was not filed until May 10, 2012.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, McCally, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).